UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINCOLN LANE ADDLEMAN JR., *et al.*,

        Plaintiffs,

   v.

KING COUNTY, *et al.*,

        Defendants.

Case No. C23-286 JHC

ORDER

    Plaintiffs have each filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. ## 1-4.) Plaintiffs do not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiffs' applications to proceed *in forma pauperis* (dkt. ## 1-4) are GRANTED. Plaintiffs shall note that leave to proceed as a pauper does not necessarily entitle Plaintiffs to a waiver of any other cost(s) of litigation.

    The Clerk is directed to send copies of this order to the Plaintiffs and to the Honorable John H. Chun.

    Dated this 6th day of March, 2023.

                                    MICHELLE L. PETERSON
                                    United States Magistrate Judge

ORDER - 1