UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN JR. et al., | CASE NO. 2:23-cv-00286 |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY et al., | |
| Defendant. | |

This matter comes before the Court on Plaintiffs' "Ex Parte Motion/Objection." Dkt. # 8. The document cites no procedural rule, nor does it indicate what type of motion it is intended to be. *Id.* It is unclear what relief Plaintiffs seek. Because the motion appears procedurally improper, the Court STRIKES it. To the extent Plaintiffs merely intended for the document to be an objection of some sort, it will remain on the record.

Dated this 20th day of March, 2023.

John H. Chun
United States District Judge

ORDER - 1