1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN JR. et al., | CASE NO. 2:23-cv-00286 |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' "Motion to Strike #19, #20, #21, #22, #23 & #24 Defendant Without Prejudice and Prior to Service." Dkt. # 22. The Clerk noted the motion for May 12, 2023, but as no defendant has appeared thus far, and all Plaintiffs have signed off on the motion, the Court may now rule on it.

Plaintiffs are *pro se*. Their motion seeks to "strike" certain Defendants under Federal Rule of Civil Procedure 12(f). Dkt. # 22 at 2. The motion says that these Defendants "are better suited for a Title 4, State Civil Action in the Washington Superior Court[.]" *Id.* Accordingly, the Court construes the motion as one for voluntary dismissal under Federal Rule of Civil Procedure 41(a).

ORDER - 1

The Court GRANTS the motion.  The Court DISMISSES without prejudice all claims against these Defendants: Ron Bishop, Nathan Bishop, Kirk Patterson, Aldridge Pite LLP, Perkins Coie LLP, and Ofunne Edozeim.

Dated this 27th day of April, 2023.

John H. Chun
United States District Judge

ORDER - 2