1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN JR. et al., | CASE NO. 2:23-cv-00286 |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiff Lincoln Addleman's "Rule 12 Motion Asking the Above-Entitled Court a Pure Question of Law Why I Must Risk My Life to Gain First Amendment Right to Access This Court?" Dkt. # 25. Addleman says that he bring this motion under Federal Rule of Civil Procedure 12. *Id.* The motion is clearly not properly brought under that rule; before service of process on any defendant, it asks the Court to rule on the constitutionality of a Revised Code of Washington provision. *See id.* at 3 ("I am therefore asking the District Court to decide the constitutionality of RCW 4.24.550. . . ."). Notably, on the date Addleman filed this motion, the Court dismissed Plaintiffs' complaint without prejudice. *See* Dkt. ## 25, 26. Plaintiffs have since filed an amended complaint. *See* Dkt. # 30. The Court DENIES Plaintiffs' motion. Dkt. # 25.

ORDER - 1

Dated this 26th day of May, 2023.

> John H. Chun
> United States District Judge

ORDER - 2