UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN, JR., MELVIN LYLE MCCLINTOCK, VINCENT AVI STORMFELT, and SHARI LYNN HANSEN, <br><br>　　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>KING COUNTY; MITIZI G. JOHANKNECHT, Former Sheriff; CITY OF BURIEN; PATTI COLE-TINDALL, Current Sheriff; KING COUNTY SEX OFFENDER UNIT; KING COUNTY SHERIFF'S OFFICE; EVA CUNIO, Supervisor Civil Unit; P. ("Pierre") THIRY, Detective; City of Burien Code Enforcement Officer, BARBARA CANFIELD; King County Detective MICHAEL W. LuCHAU; King County Detective JANETTE LUITGAARDEN; King County Registering Officer, E.M.W.; and King County Registering Officer, Michelle #74940, <br><br>　　　　　　　　Defendants. | No. 2:23-cv-00286-JHC <br><br> ORDER GRANTING KING COUNTY DEFENDANTS' MOTION TO EXTEND INITIAL DISCLOSURES DEADLINE |

　　This matter comes before the Court on King County Defendants' Motion to Extend Initial Disclosures Deadline. Dkt. # 57. The Court has reviewed the motion, pertinent portions of the record, and the applicable law. The motion is unopposed.

　　Being fully advised, the Court GRANTS the motion. All of the deadlines issued in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement will be extended

ORDER GRANTING KING COUNTY
DEFENDANTS' MOTION TO EXTEND INITIAL
DISCLOSURES DEADLINE (2:23-cv-00286-JHC) - 1

by four weeks. The Court DIRECTS the Clerk to enter an order regarding initial disclosures and joint status report reflecting this schedule.

DATED this 8th day of September, 2023.

_____
JOHN H. CHUN
U.S. DISTRICT JUDGE