UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN JR. et al., | CASE NO. 2:23-cv-00286 |
| Plaintiffs, | ORDER |
| v. | |
| KING COUNTY et al., | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' "Third Motion for Court to Appoint Counsel Due to a Shocking Discovery and Insistance [*sic*] Plaintiff Meet with Defendants." Dkt. # 56.

Plaintiffs, proceeding pro se and *in forma pauperis*, brings this civil rights action. Dkt. ## 6, 7. "In proceedings *in forma pauperis*, the district court 'may request an attorney to represent any person unable to afford counsel.'" *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004) (quoting 28 U.S.C. § 1915(e)(1)). Deciding whether to appoint such counsel is within "the sound discretion of the trial court and is granted only in exceptional circumstances." *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits

ORDER - 1

[and] the ability of the plaintiff to articulate [their] claims pro se given the complexity of the legal issues involved.'" *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986) (quoting *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)).

This is actually the fourth motion requesting the appointment of counsel in this case. *See* Dkt. ## 19, 31, 34, 56. As before, Plaintiffs have not shown that any exceptional circumstances exist. They have not shown a likelihood of success on the merits. The legal issues presented here do not appear to be particularly complex.

For these reasons and for those argued by the King County Defendants, Dkt. # 60, the Court DENIES the motion.

Dated this 11th day of September, 2023.

John H. Chun
United States District Judge