UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY et al., <br><br> Defendants. | CASE NO. 2:23-cv-00286 <br><br> ORDER |

This matter comes before the Court on Plaintiff Lincoln Addleman's "Motion to Show Cause." Dkt. # 61. The Court has reviewed the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the applicable law. Being fully advised, for the reasons below, the Court DENIES the motion.

The motion is procedurally improper and largely incoherent. While the caption states, "KING COUNTY DESTROYING EVIDENCE 08/23/2023 WHILE CASE IS PENDING DOES NOT ENTITLE KING COUNTY TO MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)[,]" the motion also purports to be a:

> MOTION TO SHOW CAUSE as to why (since [Addleman] is a child rape survivor) Washington Association of Sheriffs & Police Chiefs and Executive Officer have taken retaliations for exercising my First Amendment 'right to petition the government for redress of grievances'

ORDER - 1

after destroying evidence within active litigation again former Sheriff Mitzi Johanknecht and current Sheriff Patti Cole-Tindall.

*Id.* The association is not a party to this case. The motion does not cite any legal authority to support the request. Nor does it cite any supporting declaration. For example, it cites no evidence to support the assertion that evidence has been destroyed. It does attach a tort claim form. But in response to the form's prompt, "State agency or department you believe is responsible for damage/injury[,]" it says, "Not sure." And to the extent there is a new pending tort claim, it is beyond the scope of the current litigation.

The Court DENIES the motion.

Dated this 22nd day of September, 2023.

John H. Chun
United States District Judge

ORDER - 2