1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN, JR., MELVIN LYLE MCCLINTOCK, VINCENT AVI STORMFELT, and SHARI LYNN HANSEN, Plaintiffs, v. KING COUNTY; MITIZI G. JOHANKNECHT, Former Sheriff; CITY OF BURIEN; PATTI COLE-TINDALL, Current Sheriff; KING COUNTY SEX OFFENDER UNIT; KING COUNTY SHERIFF'S OFFICE; EVA CUNIO, Supervisor Civil Unit; P. ("Pierre") THIRY, Detective; City of Burien Code Enforcement Officer, BARBARA CANFIELD; King County Detective MICHAEL W. LuCHAU; King County Detective JANETTE LUITGAARDEN; King County Registering Officer, E.M.W.; and King County Registering Officer, Michelle #74940, Defendants. | CASE NO. 2:23-cv-00286-JHC ORDER |

This matter comes before the Court on a limited referral from the Ninth Circuit Court of Appeals. Dkt. # 77. The Ninth Circuit asks the Court to determine whether Plaintiffs' *in forma pauperis* ("IFP") status should continue on appeal or whether, instead, it should be revoked because the appeal is frivolous or taken in bad faith. *Id.* Under 28 U.S.C. § 1915(a)(3), an appeal may not be taken IFP if the trial court certifies in writing that it is not taken in good faith

ORDER - 1

or is frivolous.  *See* 28 U.S.C. § 1915(a)(3); *see also Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Court finds that the appeal is frivolous and therefore REVOKES IFP status on appeal.  The Court DIRECTS the Clerk to forward a copy of this order to the United States Court of Appeals for the Ninth Circuit and to Plaintiffs.

Dated this 21st day of November, 2023.

John H. Chun
United States District Judge

ORDER - 2