UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN JR. et al., | CASE NO. 2:23-cv-00286 |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY et al., | |
| Defendant. | |

Before the Court is pro se Plaintiff Lincoln Addleman's "Newly Discovered Evidence (60) (b) Motion to Apply January 16, 2027 Discharge." Dkt. # 81. Addleman asks the Court to "restore IFP" and "appoint counsel" based on "NEW EVIDENCE." *Id.* at 20. But the motion ignores the fact that this Court dismissed this matter for failure to state a claim and for failure to abide by a court order, and Addleman provides no basis to undo that decision. *See* Dkt. ## 72 & 73. Accordingly, the Court DENIES the motion.

Dated this 13th day of November, 2024.

John H. Chun
United States District Judge

ORDER - 1