UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINCOLN LANE ADDLEMAN JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> KING COUNTY et al., <br><br> Defendants. | CASE NO. 2:23-cv-00286 <br><br> ORDER |

Before the Court is Plaintiff Lincoln Addleman's "CR 59(e) Motion to [Clarify] Judge Chun's Order or Seek En Banc Opinion of the Chief Judge." Dkt. # 83.

The motion takes issue with the Court's Order of November 13, 2024. Dkt. # 82. The motion fails for multiple reasons. First, Rule 59(e) does not support Petitioner's request; that rule concerns motions to "Alter or Amend a Judgment." Second, the November 13 Order makes clear the basis for the ruling therein. Third, in any event, the motion does not point to any lack of clarity in the Order. Rather, among other things, Petitioner purports to threaten to "commit another crime" unless he receives the relief he requests. And fourth, Petitioner does not cite any legal authority that supports his requests.

ORDER - 1

This case is closed.  Judgment dismissing the case was entered over two months ago. Dkt. # 73.  If Petitioner files another patently meritless motion, the Court may enter a Notice of Intent to Enter Bar Order Against Vexatious Litigation, which order would restrict Petitioner in this litigation.

Dated this 31st day of December, 2024.

John H. Chun
United States District Judge

ORDER - 2